JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAUREEN KELLY PEARSON, individually and as Guardian ad Litem for SULLIVAN MORRIS PEARSON, a minor child; BRANDON JEREMY PEARSON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MAURY BURNS, an individual, PLANARIA J. PRICE, an individual; WILLIAM J. HEFFERNAN, an individual; 4 PM LLC, a Delaware Limited Liability Company, and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:18-cv-00030-JFW-JEM<br><br>**ORDER ON STIPULATION TO REMAND ACTION TO LOS ANGELES SUPERIOR COURT**<br><br>Judge: Hon. John F. Walter<br><br>Trial Date:        Not Set |

Upon review of plaintiffs and defendants Stipulation to Remand Action to Los Angeles Superior Court filed January 24, 2018,

IT IS HEREBY ORDERED:

1. That this action be remanded to the Los Angeles Superior Court, Central District, 111 N. Hill St., Los Angeles, CA 90012 Attn: Hon. Ruth Ann Kwan (Dept. 72) at the earliest possible opportunity.

2. That each side bear their own attorney's fees and costs including, but not limited to, a waiver of claims under F.R.Civ.P. 11.

Date: January 25, 2018

John F. Walter
U.S. District Court Judge